# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT WINCHESTER

| | |
|---|---|
| **MISTY BROOKS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | )  Civil Action No. 3:15-cv-00511 |
| v. | )  TAV-CCS |
| | )  **JURY DEMANDED** |
| **SHONEY'S OF KNOXVILLE, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## AGREED ORDER OF DISMISSAL

The parties appear, by and through counsel, pursuant to Local Rule 68.1, and announce to the Court that all matters in controversy herein have been resolved and that this litigation should be dismissed. Accordingly, it is **ORDERED** that this case is **DISMISSED** with full and final prejudice to the refiling of same.

ENTERED this the __30th__ day of __May__, 2017.

                       s/ Thomas A. Varlan
                       CHIEF UNITED STATES DISTRICT JUDGE

**APPROVED FOR ENTRY:**

ARNETT, DRAPER & HAGOOD, LLP

By:   /s/R. Kim Burnette
        R. Kim Burnette, BPR # 011428
        Paul E. Wehmeier, BPR #030400
        P.O. Box 300
        800 S. Gay Street, Suite 2300
        First Tennessee Plaza
        Knoxville, Tennessee 37901-0300
        (865) 546-7000 – Voice
        (865) 546-0423 – Facsimile
        *Attorneys for Defendant*

COLLINS & HUNTER, PLLC

By: <u>/s/Anne Hunter Williams (with permission)</u>
Heather Moore Collins, BPR # 026099
Anne Hunter Williams, BPR #022407
1612 Westgate Circle, Suite 218
Brentwood, TN 37027
(615) 724-1996 – Voice
(615) 691-7019 – Facsimile
***Attorneys for Plaintiff***